**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JUNE 9, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

| | |
|---|---|
| WD76976 | In the Matter of the Care and Treatment of Larry Walker vs. State of Missouri |
| WD77229 | Jon P. Reid vs. State of Missouri |
| WD77554 | Gilbert E. Millette vs. State of Missouri |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

| | |
|---|---|
| WD77286 | City of Kansas City, Missouri vs. Narendra T. Sharma |
| WD77213 | State of Missouri vs. Jamauhle Doneal Brown |